IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-** |
| v. | : | **DATE FILED:** March 30, 2023 |
| **ZACHARY WILLIAM EASTERLY** | : | **VIOLATION:** 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officer - 1 count) |
| | : | |
| | : | **MISDEMEANOR** <br> **CONSENT TO PROCEED** |
| | : | **BEFORE MAGISTRATE JUDGE** |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about August 30, 2022, in the Eastern District of Pennsylvania, defendant

**ZACHARY WILLIAM EASTERLY**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer of the United States, that is, R.M., while R.M. was engaged in the performance of his official duties as a Special Agent with the Federal Air Marshal Service.

In violation of Title 18, United States Code, Section 111(a)(1).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No._ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ZACHARY WILLIAM EASTERLY

INFORMATION

Count

18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officer - 1 count)

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____